

US POSTAGE AND FEES PAID
FIRST-CLASS
May 21 2021
Mailed from ZIP 60102
3oz First-Class Pkg Svc Zone 1

10843446
CommercialBasePrice

0628001006814

**FIRST-CLASS PKG SVC**  C010  0023

CATHERINE JOHNSON
151 BRIDLEWOOD CIR
Lake in the Hills IL 60156

SHIP TO:
UNITED STATES DISTRICT COURT
CLERKS OFFICE
327 S CHURCH ST
ROCKFORD IL 61101-1320

USPS TRACKING #

9400 1118 9956 0277 8048 96