UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS


FILED
MAY 25 2021
THOMAS G BRUTON
CLERK U.S. DISTRICT COURT

(full name of plaintiff or petitioner)
Catherine Johnson

vs.

(full name of defendant(s) or respondent(s))
School District 158

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT

21 cv 50213
Judge Iain D. Johnston
Magistrate Judge Lisa A. Jensen

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[X] to request an attorney - if needed

1. *Are you employed?*
   [ ] Yes  Name and address of employer: _____
           Total amount of monthly take-home pay: _____
   [X] No   Date(s) of last employment: 12-31-17  Last monthly take-home pay: $5400.

2. *If married, is your spouse employed?* [X] Not married
   [ ] Yes  Name and address of spouse's employer: _____
           Total amount of spouse's monthly take-home pay: _____
   [ ] No   Date(s) of spouse's last employment: _____  Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ 0 |
   | Income from interest or dividends: | $ 0 |
   | Income from rent payments: | $ 0 |
   | Pensions, annuities, or life insurance: | $ 0 |
   | Disability or worker's compensation: | CJ$ ~~1000~~ 23,376.00 |
   | Gifts (including deposits into any accounts in your name): | $ 0 |
   | Unemployment, public assistance, or welfare: | $ 0 |
   | Settlements or judgments (include any that are expected): | $ 0 |
   | Any other source of money: | $ 0 |

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☒ Yes ☐ No  If yes, how much? $

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☒ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   BJ - age 17, JJ - age 13, TJ - age 13. I have sole custody of all 3 boys.

7. *Debts and financial obligations:* List any amounts you owe to others:

   Car payments $208/month, Credit card $30/month, Rent - $725/month

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*

   I was working as a tenured teacher since 2004 but was fired due to seeking help for an eating disorder.

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 5/20/21

Applicant's signature: Catherine Johnson

Printed name: Catherine Johnson

Rev. 2/2020