# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

Catherine Johnson
                        Plaintiff,

v.                                                      Case No.: 3:21−cv−50213
                                                              Honorable Iain D. Johnston

School District 158
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 27, 2021:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiff has filed a motion to proceed in forma pauperis [3], but her application raises questions. In it, she contends that she has not worked since 2017 and receives disabililty or worker#039;s compensation. But the basis of her complaint is that she worked for the defendant until it discharged her on January 28, 2021. In addition, on her application she indicated that she has money either in cash or in a bank account, but she did not fill in the amount on the form where required. Because of these questions, by 6/9/2021 the plaintiff shall either (1) file a written supplement to her motion explaining the apparent discrepancy about the date she last worked, her income, and her cash or bank deposits, (2) file an amended application to proceed in forma pauperis, or (3) pay the filing fee. This case shall not proceed until the plaintiff's filing status is resolved. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.